IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SOUTH BAY ENERGY CORP.**,<br><br>*Defendant*. | Case No. 2:20-cv-05781-JDW |

## ORDER

AND NOW, this 13th day of April, 2021, upon consideration of Plaintiff Andrew Perrong's Motion for Leave to File a First Amended Complaint (ECF No. 21), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED IN PART** and **GRANTED IN PART**. The Motion is **DENIED** with respect to the addition of the cause of action set forth in Count II. The Motion is **GRANTED** in all other respects.

Plaintiff shall file an Amended Complaint that complies with this Order on or before April 20, 2021.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.