## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

vs.

SOUTH BAY ENERGY CORP., WEBMAN'S WORLD, LLC and ADAM WEBMAN

        Defendants.

Case No. 2:20-cv-05781

---

## NOTICE OF DISMISSAL WITH PREJUDICE AGAINST
## WEBMAN'S WORLD, LLC AND ADAM WEBMAN

NOW COMES the plaintiff, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrew Perrong hereby voluntarily dismisses all of his individual claims against Defendant Webman's World, LLC and Adam Webman in this action with prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed without prejudice, each party to pay their own costs.

Dated: May 26, 2021

        PLAINTIFF,
        By his attorneys

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043

(508) 221-1510
anthony@paronichlaw.com
*Pro Hac Vice*

G. Clinton Kelley
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 454-5599
E-mail: gckesq@gmail.com


## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this 26th day of May, 2021 on all counsel of record via the Court's CM/ECF system.


*/s/ Anthony I. Paronich*
Anthony I. Paronich