### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>SOUTH BAY ENERGY CORP., WEBMAN'S WORLD, LLC and ADAM WEBMAN<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-05781-JDW |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Andrew Perrong hereby voluntarily dismisses all of his individual claims against Defendant South Bay Energy Corp. ("Defendant") in this action <u>with</u> prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed <u>without</u> prejudice, each party to pay their own costs.

Dated:  May 26, 2021

**So Stipulated, Agreed to, and Respectfully Submitted By:**

/s/ *Anthony Paronich*
ANTHONY PARONICH
**PARONICH LAW, P.C.**
350 Lincoln St Suite 2400
Hingham, MA 02043
(508) 221-1510
Anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ *A. Paul Heeringa*
JOHN W. MCGUINNESS *(pro hac vice)*
California Bar No. 277322
jmcguinness@manatt.com
CHRISTINE M. REILLY *(pro hac vice)*
California Bar No. 226388
creilly@manatt.com
A. PAUL HEERINGA *(pro hac vice)*
Illinois Bar. No. 6288233
pheeringa@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East
Suite 700
Los Angeles, CA 90067

        (310) 312-4000

        FREDERICK P. SANTARELLI
        Pennsylvania Bar. No. 53901
        **ELLIOTT GREENLEAF, P.C.**
        Union Meeting Corporate Center V
        925 Harvest Drive, Suite 300
        Blue Bell, PA 19422-1956
        (215) 977-1000
        fps@elliottgreenleaf.com

        *Counsel for Defendant South Bay Energy Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically and served on all counsel of record in the above-captioned matter on May 26, 2021 via the Court's CM/ECF filing system/service.

        /s/ Anthony I. Paronich